# Court of Appeals
# of the State of Georgia

ATLANTA,___November 16, 2016___

*The Court of Appeals hereby passes the following order:*

**A17E0016. D"ANDRE DOUGLAS v. THE STATE.**

It is hereby ordered that the emergency motion to vacate sentencing order is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/16/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*